COLUMBIA BANK, Respondent, v. JOSEPH H. FRIEND and Another, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

LOLA BERNIECE PEABODY, Appellant, v. NELSON J. PEABODY, Respondent.— Order affirmed, without costs, on the authority of *Murphy* v. *Murphy* (194 App. Div. 395); *Raphael* v. *Raphael* (199 id. 970). Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

DAVID TURKEL and Others, Copartners, etc., Appellants, v. CHARLES MEZERITZKY and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

KATHERINE L. MOTLEY, Respondent, v. LOEW'S THEATRICAL ENTERPRISES and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.

MARIA GRATTA, as Administratrix, etc., Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Order modified by allowing preference only over cases noticed for the same term, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

SARAH DOROTHY THOMSEN, Respondent, Appellant, v. MARY CHARLOTTE MORRISON, Appellant, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JULIUS S. BERKMAN, Respondent, v. MAURICE W. STOLLERMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after entry of order. No opinion. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.

LEONORA H. WERNER, Appellant, v. CHARLES J. WERNER, Defendant, and HELEN DE BOWER, Corespondent, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JULIUS STOFSKY, Appellant, v. SOPHIE HARBURGER, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MICHAEL O'CONNELL, Respondent, v. WEST TWELFTH STREET CORPORATION and Another, Appellants, Impleaded with Others, Defendants, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

GEORGE W. RYAN, Respondent, v. ACME BACKING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after entry of order. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.